## RAUPP v FARNSWORTH

Ohio Appeals, 1st Dist, Butler Co

Decided June 29, 1933

Harry J. Koehler, Jr., Hamilton, and W. C. Shepherd, Hamilton, for plaintiff in error.

Clinton Egbert, Hamilton, for defendant in error.

For full opinion see 39 OLR 339; 188 NE 367; 46 Oh Ap 249.